UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRIS WILLIAMSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 08-CV-0465-CVE-TLW |
| **ACADEMY COLLECTION SERVICES, INC.,** | ) ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT

This matter comes on for consideration of Plaintiff's Conditional Acceptance of Defendant's Offer of Judgment (Dkt. # 38). Plaintiff has notified the Court that he has accepted defendant's offer to confess judgment in the amount of $4,000, exclusive of costs and attorney's fees, and requests entry of judgment in accordance with defendant's offer of judgment.

**IT IS THEREFORE ORDERED** that judgment is entered in favor of plaintiff, Chris Williamson, and against defendant, Academy Collection Service, Inc, in the amount of $4,000, plus post-judgment interest from this date at the rate of .50 % per annum, plus the costs of this action.

**DATED** this 6th day of May, 2009.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT