UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHRIS WILLIAMSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-0465-CVE-TLW |
| | ) | |
| **ACADEMY COLLECTION SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter comes on for consideration of defendant's Motion for Release of Judgment (Dkt. # 46), to which plaintiff has not responded. On April 24, 2009, plaintiff filed notice (Dkt. # 38) that he had accepted an offer of judgment from defendant, and the Court entered judgment (Dkt. # 40) in favor of plaintiff in the amount of $4,000. Defendant states that it has paid the judgment in full and has asked plaintiff's counsel to execute a release and satisfaction of judgment. Dkt. # 46, at 2. Defendant has presented evidence showing that it has asked plaintiff's counsel to file a release and satisfaction of judgment at least five times, but plaintiff's counsel has not filed a release and satisfaction of judgment. Id., Ex. 1. Under Fed. R. Civ. P. 60(b)(5), the Court may relieve a party from a final judgment if "the judgment has been satisfied, released or discharged . . . ." The Court finds that defendant has satisfied its obligations under the judgment, and the judgment should be released.

**IT IS THEREFORE ORDERED** that defendant's Motion for Release of Judgment (Dkt. # 46) is **granted**, and the judgment (Dkt. # 40) is **released** pursuant to Fed. R. Civ. P. 60(b)(5).

**DATED** this 26th day of August, 2009.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT